# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | | |
|---|---|---|
| MADJID BENCHABANE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:17-cv-01100-JAR |
| v. | ) ) | JURY TRIAL DEMANDED |
| LMI AEROSPACE, INC., GERALD E. DANIELS, JOHN S. EULICH, DANIEL G. KORTE, SANFORD S. NEUMAN, JUDITH W. NORTHUP, JOHN M. ROEDER, STEVEN SCHAFFER, GREGORY L. SUMME, LARRY RESNICK,  SONACA S.A., SONACA USA INC., and LUMINANCE MERGER SUB, INC., | ) ) ) ) ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff and Defendants jointly move the Court for an extension of time to September 29, 2017 to comply with the Court's July 14, 2017 Order.  In support of their motion, the parties state:

1.      On July 14, 2017, the Court granted an extension until August 31, 22017 for the parties to resolve any remaining issues and file a status report.

**2.**      Since the Court's July 14, 2017 Order, the parties have productively continued their negotiations concerning the issue of Plaintiff's counsel's mootness fee claim, including multiple calls and emails regarding the amount of the claim and related issues.

3.      As a result, the parties have made additional progress, but negotiations remain ongoing.  The parties have been able to narrow the gap between their respective positions, and are hopeful that continued discussion will succeed and obviate the need for further court intervention.

4.      For these reasons, the parties respectfully request that the Court permit an additional

thirty (30) days, until September 29, 2017, to attempt to complete their negotiations.  Again, the

parties are confident that this additional time will be sufficient to resolve the remaining issues in

this matter.

WHEREFORE, Plaintiff and Defendants jointly move the Court for an extension of time

to September 29, 2017 to comply with the Court's July 14, 2017 Order.


Dated: August 24, 2017                          Respectfully Submitted

                                                */s/ James J. Rosemergy*

                                                JAMES J. ROSEMERGY
                                                jrosemergy@careydanis.com
                                                CAREY, DANIS & LOWE
                                                8235 Forsyth Blvd., Suite 1100
                                                St. Louis, MO 63105
                                                Telephone: 314.678.1064
                                                Facsimile: 314.721.0905

                                                STEPHANIE A. BARTONE
                                                LEVI & KORSINSKY LLP
                                                733 Summer Street, Suite 304
                                                Stamford, CT 06901
                                                Telephone: 212.363.7500
                                                Facsimile: 212.363.7171

                                                *Attorneys for Plaintiff Madjid Benchabane*

                                                */s/ James P. Martin (by consent)*
                                                James P Martin
                                                jmartin@polsinelli.com
                                                Polsinelli PC
                                                100 S. Fourth Street, Suite 1000
                                                St. Louis, Missouri  63102
                                                Telephone: 314.552.6802
                                                Facsimile:  314.754.8316

                                                BRIAN M. LUTZ (*pro hac vice pending*)
                                                blutz@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

MICHAEL J. KAHN (*pro hac vice pending*)
mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, the foregoing was filed with the Clerk of the

Court using the CM/ECF system and served upon all counsel of record thereby.


Dated: August 24, 2017                    By: */s/ James J. Rosemergy*_____